# EXHIBIT A

EXHIBIT A

FILED UNDER SEAL